# IN THE SUPREME COURT OF THE STATE OF NEVADA

PARVIZ SAFARI, AN INDIVIDUAL;
MANDANA ZAHEDI, AN INDIVIDUAL;
AND NOOSHIN ZAHEDI, AN
INDIVIDUAL,

Appellants,

vs.

HAMID MODJTAHED, AN
INDIVIDUAL; AND MOHAMMAD
MOJTAHED, AN INDIVIDUAL,

Respondents.

No. 82279

FILED

JUN 22 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc: Hon. Mark R. Denton, District Judge
Kristine M. Kuzemka, Settlement Judge
The Powell Law Firm
Brownstein Hyatt Farber Schreck, LLP/Las Vegas
Wiley Petersen
Eighth District Court Clerk

---

[1]Given this dismissal, this court takes no action on respondents' motion to substitute parties and for partial dismissal of this appeal.

22-19726